

# U.S. District Court

## California Northern - San Francisco

Receipt Date: Apr 16, 2025 1:36PM

Hang Zhang
1108 Seaview Avenue
Pacific Grove , Ca 93950

| Rcpt. No: 311172630 | Trans. Date: Apr 16, 2025 1:36PM | | Cashier ID: #AS (3748) | |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** C25-3381 LJC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.