UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al., <br><br> Defendants. | No. C 25-01780 WHA <br><br> **ORDER DETERMINING CASES ARE NOT RELATED** |

The plaintiff in a newly filed matter seeks to relate her case to this one. The Court has determined that the newly filed case (No. C 25-03381 LJC) is not related to this long-filed one (No. C 25-01780 WHA) within the meaning of Civil Local Rule 3-12. The motion and the supplemental motion to relate the cases (Dkt. No. 210, 212) are therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: May 7, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE