| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division |
| 3 | VALERIE E. SMITH (NYRN 5112164)<br>Assistant United States Attorney |
| 4 | |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 6 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>Valerie.smith2@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HANG ZHANG, | ) | CASE NO. 25-cv-3381-AMO |
| Plaintiff, | ) ) ) | **ADMINISTRATIVE MOTION TO CONTINUE DEADLINE RESPOND TO THE COMPLAINT** |
| v. | ) ) | **AND [PROPOSED] ORDER** |
| DANIEL P. DRISCOLL SECRETARY OF THE UNITED STATES ARMY, | ) ) ) | |
| Defendant. | ) ) ) ) | |

PLEASE TAKE NOTICE that, Pursuant to Civil Local Rule 6-3 and Civil Local Rule 7-11, Defendant respectfully requests that this Court continue the deadline for Defendant to respond to the Complaint from June 27, 2025 to August 27, 2025.

By way of background, Plaintiff filed this Complaint on April 16, 2025. To date, no proof of service has been filed on the docket. Upon information and belief, the deadline to respond to the Complaint is June 27, 2025.

Based on the assumption that Defendant's response to the Complaint is due June 27, 2025, Defendant now requests an extension of time to August 27, 2025. The undersigned attorney for Defendant

ADMIN MTN TO CONTINE DEADLINE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
25-CV-3381-AMO

is leaving the employ of the United States Attorney's Office on June 20, 2025. This matter will be transferred to another attorney. Based on the undersigned's initial review of the Complaint it is likely that this Office will be filing a fully dispositive motion to dismiss. Defendant seeks this extension of time to provide the newly assigned attorney sufficient time to review the Complaint, obtain any necessary documents, and complete the motion to dismiss.

The undersigned counsel contacted Plaintiff on June 18, 2025, to obtain a stipulation to an extension of time to respond to the Complaint. On June 19, 2025, Plaintiff responded without providing consent to the extension. This is Defendant's first request for an extension of time to respond to the Complaint and it will not impact the September 18, 2025, initial case management conference.

DATED: June 20, 2025

                                        CRAIG H. MISSAKIAN
                                        United States Attorney

                                        */s/ Valerie E. Smith*
                                        VALERIE E. SMITH
                                        Assistant United States Attorney

                                        Attorneys for Defendant

# [PROPOSED] ORDER

WHEREAS Defendant's administrative motion to extend time to respond to the Complaint is GRANTED. Defendant's Deadline to respond to the Complaint is continued from June 27, 2025 to August 27, 2025.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Araceli Martinez-Olguin
United States District Judge

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that she is an employee of the Office of the United States |
| 3 | Attorney for the Northern District of California and is a person of such age and discretion to be |
| 4 | competent to serve papers. The undersigned further certifies that on this day she caused a copy of the |
| 5 | following document(s): |
| 6 | **Administrative Motion and Declaration of Valerie E. Smith** |
| 7 | to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the |
| 8 | last known address: |

Hang Zhang
3170 Sterling Drive
Palo Alto, CA 94303

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 20, 2025

                                    /s/Valerie E. Smith
                                    Valerie E. Smith
                                    Assistant United States Attorney