1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
       1301 Clay Street, Suite 340S
5      Oakland, California 94612
       Telephone: (510) 637-3680
6      FAX: (510) 637-3724
       Valerie.smith2@usdoj.gov
7
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANG ZHANG, | CASE NO. 25-cv-3381-AMO |
| Plaintiff, | **DECLARATION OF VALERIE E. SMITH** |
| v. | |
| DANIEL P. DRISCOLL SECRETARY OF THE UNITED STATES ARMY, | |
| Defendant. | |

I, **Valerie E. Smith**, an attorney duly admitted to practice in the States of New York and California and in the United States District Court for the Northern District of California, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, and attorney for the Defendant. As such, I am familiar with the facts and circumstances stated below

1. Upon information and Belief, Defendant's response to the Complaint is due June 17, 2025.
2. The PACER docket sheet does not show any certification of service/proof of service related to this matter.

DECL. OF VALERIE E. SMITH
25-CV-3381-AMO                    1

3. On June 18, 2025, I emailed Plaitiff pro se and informed him that my last day in this office would be June 20, 2025. I requested an extension of time to respond to the complaint until august 27, 2025 so that the attorney who would be taking this matter over would have time to investigate the claims in the complaint in order to comply with their ethical obligations.

4. On June 19, 2025, Plaintiff responded via email; however, did not provide consent to the request to continue Defendant's deadline to respond to August 27, 2205.

5. As such, a stipulation could not be obtained.

6. This is Defendant's first request to continue the deadline to respond to the Complaint and will not impact any pending Court case management schedule.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 20, 2025, at San Francisco, California.

*/s/ Valerie E. Smith*
VALERIE E. SMITH
Assistant United States Attorney
Attorney for Defendant