UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hang Zhang,** *Plaintiff,* VERSUS **DANIEL DRISCOLL,** **Secretary, Department of the Army,** *Agency.* | Case No.: 25-cv-03381-AMO Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Civil L.R. 79-5(f)) Hon. Araceli Martínez-Oguín |

**Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Civil L.R. 79-5(f))**

Use 79-5(f) because the Army is the designating party for the CUI source material. File this sealing motion at the same time as your PI.

Plaintiff respectfully moves under Civil Local Rule 79-5(f) for an order permitting filing under seal of Exhibit B to Plaintiff's Motion for Preliminary Injunction. Exhibit B consists of redacted and decontrolled excerpts from DA Form 7510 (EEO Counselor's Report) that the Army originally marked as Controlled Unclassified Information (CUI) and that contain Privacy Act-protected context. Plaintiff files this motion contemporaneously with her Motion for Preliminary Injunction.

This motion is brought under subsection (f) because the sealing request concerns another party's material. Plaintiff has provisionally filed under seal the identified materials and lodged a public

1

placeholder on ECF. The designating party (the Army/Defendant) must file, within 7 days, a declaration establishing that the designated material is sealable.

Legal standard and narrow tailoring. Plaintiff seeks sealing only of Exhibit B. The request is narrowly tailored: Plaintiff's PI quotes brief, decontrolled snippets (Q4, Q8, Q10) without PII or routing data, while the underlying excerpt remains sealed to respect the Army's CUI designation and Privacy Act context until the Court rules. Redactions were applied to remove PII and headers/footers; no broader sealing is sought.

Sealing chart. The specific material and basis appear in the chart attached as Exhibit 1 to this motion.

Proposed order. A proposed order is submitted.

Respectfully submitted,

      /s/ *Hang Zhang*
      Hang Zhang, Ph.D.
         Professor
      Defense Language Institute
      Department of the Army
      rosezi@yahoo.com

      Dated: October 7, 2025

**Sealing Chart (attach as Exhibit B to the 79-5(f) motion)**

Document: Exhibit B to Motion for Preliminary Injunction

Specific portions to be sealed: Entire exhibit (2–3 pages), consisting of redacted and decontrolled excerpts of DA Form 7510 (Q4, Q8, Q10), with all PII and routing removed; CUI headers/footers removed.

Basis for sealing: Underlying source designated CUI by the Army; contains Privacy Act context; sealing is provisional pending the designating party's declaration; Plaintiff quotes only decontrolled snippets publicly. Fed. R. Civ. P. 5.2(d); Civil L.R. 79-5(f).

Narrow tailoring: No other exhibits are sealed; the PI uses minimal quotes; Plaintiff will file a further public redacted version if the Court orders.

**Plaintiff's Declaration in Support of Administrative Motion to Consider Whether Another Party's Material Should Be Sealed**

I, Dr. Hang Zhang, declare:

1. I am the Plaintiff in this matter. I have personal knowledge of the facts stated here.
2. Exhibit B consists of true and correct excerpts from DA Form 7510 (EEO Counselor's Report) in ARPOM25JAN000742. Redactions remove only personally identifiable information and CUI headers/footers.
3. The Army originally marked the source material as Controlled Unclassified Information (CUI). Public filing risks improper dissemination of government-controlled markings and Privacy Act-protected context.
4. The sealing request is narrowly tailored. My public PI quotes only brief, decontrolled statements (Q4, Q8, Q10) without PII; the underlying excerpt is lodged under seal out of caution. If the Court prefers, I can file a public version of Exhibit B containing only those three question/answers.
5. If requested, I can provide the unredacted original to chambers for in camera review.

I declare under penalty of perjury that the foregoing is true and correct.

                                                Respectfully submitted,

                                                  /s/ *Hang Zhang*
                                              Hang Zhang, Ph.D.
                                                    Professor
                                              Defense Language Institute
                                              Department of the Army
                                              rosezi@yahoo.com

                                              Dated: October 7, 2025

**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed under Civil L.R. 79-5(f), and good cause appearing, the Court orders:

1. The following material is provisionally filed under seal pending further order:

a. Exhibit B to Plaintiff's Motion for Preliminary Injunction, consisting of redacted and decontrolled excerpts from DA Form 7510 (EEO Counselor's Report).

2. The designating party, Defendant Department of the Army, shall file within 7 days a declaration establishing that the material sought to be sealed is sealable under the applicable standards and that the request is narrowly tailored.

3. Plaintiff shall file on the public docket a one-page placeholder for Exhibit B stating that the exhibit is filed under seal pursuant to Civil L.R. 79-5 and Fed. R. Civ. P. 5.2(d).

IT IS SO ORDERED.

Dated: _____

Hon. Araceli Martínez-Olguín

United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I filed the foregoing Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, together with supporting papers and proposed order, using the CM/ECF system.

Because Exhibit B is provisionally filed under seal pursuant to Civil L.R. 79-5(f) and Fed. R. Civ. P. 5.2(d), I also served a true and correct copy of Exhibit B (Filed Under Seal) and the motion papers by email on Assistant U.S. Attorney CRAIG H. MISSAKIAN, counsel for Defendant, and lodged the same with Chambers in accordance with the Court's under-seal procedures.

/s/ *Hang Zhang*
Hang Zhang