UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANG ZHANG,<br><br>   Plaintiff,<br><br> v.<br><br>DANIEL DRISCOLL,<br><br>   Defendant. | Case No. 25-cv-03381-AMO<br><br>**ORDER RE: RECONSIDERATION AND SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 25 |

Before the Court is Plaintiff Hang Zhang's motion for leave to file a motion for reconsideration of the Court's order granting a stay of the case. The Court granted an administrative motion for a stay in light of the Government's lapse of appropriations on October 2, 2025, prior to Zhang's deadline to file a brief in response to the Government's motion for a stay of the case. *See* Dkt. Nos. 21, 22. In light of the deprivation of an opportunity for Zhang to file a response to the motion for a stay, and in the Court's discretion, the Court GRANTS Zhang's motion for leave to file a motion for reconsideration and GRANTS Zhang's motion for reconsideration.

Also before the Court is Zhang's motion for a preliminary injunction. Dkt. No. 24. Though Zhang filed that motion during the pendency of the stay, the Court deems it filed as of October 7, 2025, and LIFTS the stay for the sole purpose of considering that motion. The Court ORDERS Defendant Daniel Driscoll to file a response to Zhang's motion for preliminary injunction by no later than October 22, 2025. Defendant shall submit a proposed order that incorporates any legal analysis supporting his position both on the docket and in Word format to amopo@cand.uscourts.gov.

//

Zhang may file a reply brief, if any, by no later than October 29, 2025.

**IT IS SO ORDERED.**

Dated: October 8, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**