**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Hang Zhang,**<br>*Plaintiff,*<br><br>VERSUS<br><br>**DANIEL DRISCOLL,**<br>**Secretary, Department of the Army,**<br>*Agency.* | **Case No.: 25-cv-03381-AMO**<br>**PROPOSED ORDER GRANTING**<br>**PLAINTIFF'S MOTION FOR**<br>**PRELIMINARY INJUNCTION**<br><br>Hon. Araceli Martínez-Oguín |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION**

**FOR PRELIMINARY INJUNCTION**

Having considered Plaintiff's Motion for Preliminary Injunction, Defendant's Opposition, and all supporting papers, the Court finds:

1. Plaintiff has demonstrated likelihood of success on the merits of her First Amendment and Fifth Amendment claims.

   - Defendant's Opposition fails to contest the constitutional claims or the supporting evidence (December 31, 2024 and August 20, 2025 emails; September 9, 2025 counseling letter).

2. Plaintiff has shown irreparable harm per se from ongoing constitutional violations and reputational injury.

3. Balance of equities and public interest strongly favor injunctive relief, including:

   - Preventing further retaliation during litigation;

   - Restoring Plaintiff's student-intervention duties critical to military readiness;

   - Maintaining confidentiality of EEO and whistleblower materials under 29 C.F.R. § 1614.109(e).

Accordingly, IT IS HEREBY ORDERED that Defendant shall:

(a) Expunge the September 9, 2025 counseling letter from Plaintiff's personnel file and prohibit its use in any employment decisions, including performance evaluations, promotions, disciplinary actions, reductions in force, and other personnel actions. Defendant shall certify in writing to the Court and Plaintiff's counsel, within 14 days of this order, that the letter has been removed from the personnel file and will not be used in any employment decisions.

(b) Cease and refrain from all retaliatory actions against Plaintiff, including, but not limited to, denial of position or advancement, restrictions on student contact, and adverse assignments.

(c) Restore Plaintiff to full Student Learning Specialist duties, consistent with her GS-12 position description, including individual student support, participation in meetings, and academic innovation initiatives.

(d) Maintain the confidentiality of Plaintiff's EEO and whistleblower materials, in accordance with 29 C.F.R. § 1614.109(e), and prohibit further unauthorized disclosures. Defendant shall take immediate steps to ensure that no unauthorized disclosures have occurred and to prevent any future unauthorized disclosures.

(e) Preserve all documents, emails, and communications relating to Plaintiff's employment, EEO complaints, and the events described in this motion, pending final adjudication. Defendant shall certify in writing to the Court and Plaintiff's counsel, within 14 days of this order, that all such documents have been preserved.


Dated: _____              _____

                                 Hon. Araceli Martínez-Oguín