**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Hang Zhang,**<br>*Plaintiff,*<br><br><br>VERSUS<br><br><br>**DANIEL DRISCOLL,**<br>**Secretary, Department of the Army,**<br>*Agency.* | **Case No.: 25-cv-03381-AMO**<br>**PLAINTIFF'S RESPONSE TO ORDER**<br>**TO SHOW CAUSE**<br><br>Hon. Araceli Martínez-Oguín |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

**I. Introduction**

Dr. Zhang submits this response to address and clarify the circumstances underlying the Court's Order to Show Cause. As a pro se litigant navigating complex constitutional, statutory, and administrative issues, she acted in good faith and within her understanding of procedural requirements.

**II. Pro Se Status and Good-Faith Effort**

Dr. Zhang has consistently complied with all Court deadlines and stipulations with opposing counsel throughout this litigation. This is the first procedural issue raised in 24 years of federal service and eight months of litigation.

Dr. Zhang brought her filings in a sincere effort to comply with the rules while advancing urgent matters involving ongoing retaliation. The Ninth Circuit mandates liberal construction of pro se filings and flexibility regarding form. Her submissions were neither abusive nor obstructive but reflected the substantive complexity of the issues.

**III. Factual Context of Citation Errors and 5-Page Overage**

The parties filed a stipulation agreeing to a 25-page reply brief. Dkts. 18, 20. The Court's signed order modified this to 20 pages. The five-page overage was an oversight based on reliance on the parties' stipulation. It was never intended to defy the Court's order.

The citation issues identified by the Court involve two citations in the reply brief. The cited decisions are real, published cases; the issues concern circuit designation and characterization of the cited propositions. These are isolated errors that were not intentional.

**IV. Lack of Prejudice to the Court or Opposing Counsel**

The motion did not cause prejudice. It did not cause delay, require emergency hearings, or necessitate corrective orders. The proceedings were not disrupted, and no party was prevented from presenting their arguments.

**V.  Conclusion**

Dr. Zhang acted in good faith and without intent to violate any Court rule. The inadvertent technical errors were isolated and not reflective of any improper intent. Dr. Zhang affirms her commitment to full compliance with all applicable rules and Court directives.

Respectfully submitted,


/s/ *Hang Zhang*

Hang Zhang, Ph.D.
Plaintiff
rosezi@yahoo.com

Dated: December 10, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025, I electronically filed the foregoing through the Court's ECF system, which will notify all counsel of record.

/s/ *Hang Zhang*

Hang Zhang, Ph.D.