UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANG ZHANG,

    Plaintiff,

v.

DANIEL DRISCOLL,

    Defendant.

Case No. 25-cv-03381-AMO

**ORDER**

Re: Dkt. No. 33

On December 3, 2025, the Court ordered Plaintiff Hang Zhang to show cause why sanctions should not issue due to the inclusion of non-existent and erroneous citations in the reply brief at Docket No. 31. *See* Dkt. No. 32 at 10-11. On December 10, 2025, Zhang filed her response to the Court's order, stating in part, "The citation issues identified by the Court involve two citations in the reply brief. The cited decisions are real, published cases; the issues concern circuit designation and characterization of the cited propositions." Dkt. No. 33 at 2.

The Court **ORDERS** Zhang to file a declaration with complete copies of the two cited cases by no later than noon on Monday, December 15, 2025.

**IT IS SO ORDERED.**

Dated: December 10, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**