UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hang Zhang,** *Plaintiff,* VERSUS **DANIEL DRISCOLL,** Secretary, Department of the Army, *Agency.* | Case No.: 25-cv-03381-AMO **DECLARATION TO ORDER TO SHOW CAUSE** Hon. Araceli Martínez-Oguín |

**DECLARATION OF HANG ZHANG**

(In Compliance with Court Order)

I, Hang Zhang, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. The Court ordered complete copies of the cases referenced in its Order regarding citation issues in my reply brief.
2. The citation issues arose from editing errors during preparation of my reply brief:

**Error 1:** I intended to cite *Cuviello v. City of Vallejo*, 944 F.3d 816 (9th Cir. 2019), for First Amendment principles. During editing, an incorrect case name and reporter citation were inserted, corresponding to *United States v. Santiago*, 905 F.3d 1013 (7th Cir. 2018)

**Error 2:** I intended to cite *Thompson v. District of Columbia*, 967 F.3d 804 (D.C. Cir. 2020), for Fifth Amendment due process principles. During editing, I mistakenly characterized it as a Ninth Circuit case and misplaced its citation into a First Amendment discussion.

3. During editing, the citation to *Thompson v. District of Columbia* became inadvertently merged with *Givens (& Bish) v. Newsom*, No. 20-15949 (9th Cir. 2020), resulting in the incorrect case name "Givens v. Bisher."
4. The cases referenced in connection with the citation issues—*Cuviello v. City of Vallejo*, *Thompson v. District of Columbia*, *Givens (& Bish) v. Newsom*, and *United States v.*

1

*Santiago*—are all real, published judicial decisions. I researched *Cuviello, Givens,* and *Thompson* in connection with the legal arguments raised in my motion. The appearance of *United States v. Santiago* resulted from an editing error.

5. I attach complete copies of the cases referenced in the Court's Order to comply fully with the Court's directive.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2025

      /s/ *Hang Zhang*
Hang Zhang, Ph.D.
Plaintiff
rosezi@yahoo.com

Dated: December 15, 2025

# EXHIBITS

**Exhibit A**

**United States v. Santiago**, 905 F.3d 1013 (7th Cir. 2018)

*Case appearing at the pinpoint citation identified by the Court.*

**Exhibit B**

**Thompson v. District of Columbia**, 967 F.3d 804 (D.C. Cir. 2020)

*Case appearing at the pinpoint citation identified by the Court; researched for Fifth Amendment due process principles*

**Exhibit C**

**Cuviello v. City of Vallejo**, 944 F.3d 816 (9th Cir. 2019)

*Case cited and intended for First Amendment irreparable-harm principles.*

**Exhibit D**

**Givens (& Bish) v. Newsom**, No. 20-15949 (9th Cir. 2020)

*Case referenced during research; name mistakenly merged with Thompson.*