1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division
   MOLLY A. FRIEND (CABN CABN 289677)
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7177
      FAX: (415) 436-7234
7     molly.friend@usdoj.gov

8  Attorneys for the Defendant

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   HANG ZHANG,                    ) No. 3:25-cv-03381-AMO
13                                )
        Plaintiff,                ) **STIPULATION TO LIFT STAY AND SET**
14                                ) **BRIEFING SCHEDULE;** [PROPOSED] **ORDER**
     v.                           ) **AS MODIFIED**
15                                )
   DANIEL DRISCOLL, Secretary, Department )
16 of the Army                    ) Hon. Araceli Martínez-Oguín
                                  )
17      Defendant.                )
                                  )
18

19
20      Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above referenced action hereby

21 stipulate and respectfully request the Court to lift the stay of this matter and set a briefing schedule on

22 Defendants' motion to dismiss Plaintiff's First Amended Complaint ("FAC").

23      Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint on August 27, 2025.

24 Dkt. No. 16. On October 2, 2025, the Court granted Defendants' administrative motion to stay the case

25 due to the lapse in appropriations caused by the Government shutdown. Dkt. No. 22. On October 23,

26 2025, Plaintiff filed the FAC. Dkt. No. 23. On October 8, 2025, the Court lifted the stay for the sole

27 purpose of considering Plaintiff's Motion for Preliminary Injunction. Dkt. No. 27. The Preliminary

28 Injunction Denial set a 28-day MTD deadline to January 2, 2026. Dkt. No. 32. Defendant's Motion to

1  Dismiss Plaintiff's Complaint was terminated as moot due to the filing of the FAC on January 5, 2026.
2  Dkt. No. 36.
3      The Parties have met and conferred and respectfully request that the Court lift any remaining
4  stay that is in place and set the following briefing schedule:

- **January 12, 2026**: Deadline for Defendant to file motion to dismiss the FAC
- **February 9, 2026**: Deadline for Plaintiff to file opposition to motion to dismiss. The page limit for Plaintiff's opposition shall be extended to 30 pages.
- **February 23, 2026**: Deadline for Defendant to file a reply in support of its motion to dismiss

The Parties further agree that preservation obligations remain ongoing, that they may begin discussions regarding discovery planning upon execution of this stipulation, and that any exchange of initial disclosures pursuant to General Order 71 shall occur within twenty-one (21) days following the Court's resolution of the motion to dismiss.

DATED:     January 6, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*\*
MOLLY A. FRIEND
Assistant United States Attorney

*Attorneys for Defendant*

*/s/ Hang Zhang*
HANG ZHANG
*Plaintiff, Pro Se*

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

### [~~PROPOSED~~] ORDER AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The stay of this matter is lifted. The briefing schedule on Defendant's motion to dismiss Plaintiff's First Amended Complaint is set as follows:

- **January 12, 2026**: Deadline for Defendant to file motion to dismiss the FAC
- **February 9, 2026**: Deadline for Plaintiff to file opposition to motion to dismiss. The page limit for Plaintiff's opposition remains set at 25 pages ~~shall be extended to 30 pages~~.
- **February 23, 2026**: Deadline for Defendant to file a reply in support of its motion to dismiss

The Parties shall exchange initial disclosures pursuant to General Order 71 twenty-one (21) days after the decision by the Court on the motion to dismiss.

DATED: January 14, 2026

_____
DISTRICT JUDGE ARACELI MARTÍNEZ-OLGUÍN