UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hang Zhang,** *Plaintiff-Appellant* | Case No.: 25-cv-03381-AMO<br>**NOTICE OF INTERLOCUTORY APPEAL** |
| VERSUS | |
| **DANIEL DRISCOLL,** **Secretary, Department of the Army,** *Agency.* | Hon. Araceli Martínez-Olguín |

### NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Plaintiff–Appellant Hang Zhang, Ph.D., pro se, appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Plaintiff's Motion for Preliminary Injunction entered in this action on December 3, 2025 (Dkt. 32) by the United States District Court for the Northern District of California, the Honorable Araceli Martínez-Olguín presiding.

This appeal is taken pursuant to 28 U.S.C. § 1292(a)(1), which confers appellate jurisdiction over interlocutory orders of the district courts "granting, continuing, modifying, refusing or dissolving injunctions, or refusing to dissolve or modify injunctions."

Respectfully submitted,

/s/ *Hang Zhang*
Hang Zhang, Ph.D.
Plaintiff-Appellant

Dated: January 30, 2026

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing through the Court's ECF system, which will notify all counsels of record.

                                      /s/ *Hang Zhang*
                                      Hang Zhang, Ph.D.
                                      Plaintiff-Appellant