NOTICE OF COMPLIANCE

Case No. 25-cv-03381-AMO

I, Hang Zhang, certify sanctions paid via Check #1527 to Clerk. Docket #39.

/s/ Hang Zhang