CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HANG ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>ADAM R. TELLE, Acting Secretary of the Army, in his official capacity**<br><br>Defendant. | No. 4:25-cv-03381-AMO<br><br>**STIPULATION TO SET SCHEDULE; ~~[PROPOSED]~~ ORDER**<br><br>Hon. Araceli Martínez-Oguín |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above referenced action hereby stipulate to a schedule for filing and responding to Plaintiff's Second Amended Complaint. On September 22, 2026, the Court granted in part and denied in part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. 49. The Order further set a deadline for Plaintiff to file an amended complaint by October 20, 2026. *Id.*

The parties have met and conferred and, subject to the Court's approval, stipulate to the following schedule:

Plaintiff shall file an amended complaint by November 3, 2026.

Defendant shall file a response to the amended complaint by December 3, 2026.

If a motion to dismiss is filed, Plaintiff shall file her response by January 4, 2027, and Defendant shall file a reply by January 22, 2027.

The parties shall exchange initial disclosures pursuant to General Order 71 no later than January 19, 2027.

DATED: September 25, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend**
MOLLY A. FRIEND
Assistant United States Attorney

*Attorneys for Defendant*

*/s/ Hang Zhang*
HANG ZHANG
*Plaintiff, Pro Se*

** In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

***Substituted pursuant to Fed. R. Civ. P. 25(d) for Daniel Driscoll, former Secretary of the Army.*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiff shall file an amended complaint by November 3, 2026.

Defendant shall file a response to the amended complaint by December 3, 2026.

If a motion to dismiss is filed, Plaintiff shall file her response by January 4, 2027, and Defendant shall file a reply by January 22, 2027.

The parties shall exchange initial disclosures pursuant to General Order 71 no later than January 19, 2027.

DATED: September 28, 2026

DISTRICT JUDGE ARACELI MARTÍNEZ-OLGUÍN