**SECTION XI - WITNESS INQUIRY**

a. Witness Information *(List all witness data here. Number sequentially and include name, title, organization, phone number, and relevant basis(es) information.)*

Dr. Gajdos, Johnathan, Associate Provost UGE, DLIFLC, phone, email

b. Witness Statements

Name: Dr. Johnathan Gajdos Title: Associate Provost for Undergraduate Education

Q4. Are you aware of Dr. Hang Zhang allegations? Do you have any firsthand knowledge of Dr. Hang Zhang's claim?
A4. I became aware of Dr. Zhang's interviewing for the UML academic specialist position on 22 November 2024 in Lt Col Avila's reply to Dr. Zhang, in which she expressed that she did not like the answer she had received from him during her interview for the position. I am also aware of her concerns about non-selection and Dr. Heller's response as they were included in submissions to an EEOC judge as part of an ongoing case.

Q8. How would you describe the working relationship and working environment between Dr. Hang Zhang and members of the team and in the department?
A8. I have heard no concerns about Dr. Zhang's contributions to the Russian School (URU) where she currently works. I do not routinely observe the interactions in her team.

**SECTION XI - WITNESS INQUIRY** *(continued)*

Witness Statements *(continued)*

Q10. Have you consulted with senior leadership, and apprise them of the situation? Have you spoken with anyone else about this incident?
A10. I have spoken with my supervisor, Dr. Robert Savukinas, Provost, as well as Mr. Ben Brown, Deputy Chief of Staff for Personnel and Logistics, and the Chief of Staff, Mr. Mark McLeod.

c. Documents Reviewed *(List)*

d. Reviewed Documents Revealed

**SECTION XII - OUTCOME OF PRE-COMPLAINT INQUIRY**

☑ ______________ *(YYYYMMDD)*

☐ Resolution was accomplished. Negotiated settlement agreement, signed on ______________ *(YYYYMMDD)*, is attached.

| PRINTED NAME OF EEO COUNSELOR | SIGNATURE OF EEO COUNSELOR | DATE SUBMITTED TO EEO OFFICER *(YYYYMMDD)* |
| --- | --- | --- |
| | Digitally signed by | 20250220 20250318 |

**Attachments**: 1. Extension of counseling *(if applicable)* 2. Copies of reviewed documents